

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ISKANDIA ENERGY OPERATING, INC. | § | No. 08-22-00103-CV |
|  | § | Appeal from the |
| Appellant, | § | 143rd District Court |
| v. | § | Of Loving County, Texas |
| SWEPI LP D/B/A SHELL WESTERN E&P | § | (TC# 20-06-991) |
|  | § |  |
| Appellee. | § |  |
|  | § |  |

# **O R D E R**

The Court GRANTS the Appellant's first motion for extension of time within which to file the reply brief until **February 17, 2023.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Adam P. Schiffer, the Appellant's attorney, prepare the Appellant's reply brief and forward the same to this Court on or before February 17, 2023.

IT IS SO ORDERED this 13th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.